UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| JERRY W. DAVIDSON | § | Case No. 16-80327 |
| URSULA DAVIDSON | § § § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 81,301.00                     Assets Exempt: 46,613.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,471.58      Claims Discharged
                                                Without Payment: 128,881.30

Total Expenses of Administration: 4,016.45

---

3) Total gross receipts of $ 14,668.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,180.00 (see **Exhibit 2**), yielded net receipts of $ 11,488.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 79,707.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,016.45 | 4,016.45 | 4,016.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,935.67 | 17,709.50 | 17,709.50 | 7,471.58 |
| **TOTAL DISBURSEMENTS** | $ 118,643.38 | $ 21,725.95 | $ 21,725.95 | $ 11,488.03 |

4)  This case was originally filed under chapter 7 on  02/15/2016 .  The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/23/2017                        By:/s/BERNARD J. NATALE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Roof And Siding Damage, Loss Proceeds Held At First National | 1129-000 | 14,668.03 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,668.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JERRY & URSULA DAVIDSON | Exemptions | 8100-002 | 3,180.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,180.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank & Trust Co., 345 East Grand Avenue Beloit, WI 53511 | | 30,000.00 | NA | NA | 0.00 |
| | First National Bank & Trust Co., 345 East Grand Avenue Beloit, WI 53511 | | 49,707.71 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 79,707.71** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,898.80 | 1,898.80 | 1,898.80 |
| BERNARD J. NATALE | 2200-000 | NA | 5.90 | 5.90 | 5.90 |
| Associated Bank | 2600-000 | NA | 50.50 | 50.50 | 50.50 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,047.50 | 2,047.50 | 2,047.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 13.75 | 13.75 | 13.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,016.45 | $ 4,016.45 | $ 4,016.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspen Dental, 7310 Walton Street Rockford, IL 61108 | | 500.00 | NA | NA | 0.00 |
| | Attorney Ryan T. Straw, Reno & Zahm 2902 McFarland Road #400 Rockford, IL 61107 | | 17,000.00 | NA | NA | 0.00 |
| | Convergent Healthcare Recoveries, PO Box 1289 Peoria, IL 61654 | | 1,583.61 | NA | NA | 0.00 |
| | Creditor's Protection Service, Inc., 202 W. State Street, Suite 300 P.O. Box 4115 Rockford, IL 61110-0615 | | 4,161.50 | NA | NA | 0.00 |
| | Crusader Community Health, Loves Park 6115 N. 2nd Street Loves Park, IL 61111-4155 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercy Health System, P.O. Box 5003 Janesville, WI 53547-5003 | | 214.08 | NA | NA | 0.00 |
| | Northern Illinois Medical | | 0.00 | NA | NA | 0.00 |
| | OSF Healthcare System, 7978 Solution Center Chicago, IL 60677-7009 | | 69.00 | NA | NA | 0.00 |
| | River Valley Kitchens, 5261 Swanson Rd Roscoe, IL 61073 | | 1,700.00 | NA | NA | 0.00 |
| | Rockford Health Systems, 2400 N. Rockton Avenue Rockford, IL 61103 | | 36.00 | NA | NA | 0.00 |
| | Rockford Mercantile Agency, Inc., 2502 S. Alpine Road Rockford, IL 61108 | | 12,000.00 | NA | NA | 0.00 |
| | Rockford Radiology Assoc., P.O. Box 5368 Rockford, IL 61125-0368 | | 91.13 | NA | NA | 0.00 |
| | Susan Anderson DDS, 5412 Bridge St Roscoe, IL 61073 | | 642.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UW Health Physicians, 7974 UW Health Court Middleton, WI 53562-5531 | | 84.13 | NA | NA | 0.00 |
| | UW Madison Hospital, PO Box 3006 Milwaukee, WI 53201 | | 854.00 | NA | NA | 0.00 |
| 2 | C & E Builders, Llc | 7100-000 | NA | 16,144.50 | 16,144.50 | 6,811.31 |
| 1 | Rock Valley Kitchen & Bath | 7100-000 | NA | 1,565.00 | 1,565.00 | 660.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 38,935.67** | **$ 17,709.50** | **$ 17,709.50** | **$ 7,471.58** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-80327 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JERRY W. DAVIDSON | | | | Date Filed (f) or Converted (c): | 02/15/2016 (f) |
| | URSULA DAVIDSON | | | | 341(a) Meeting Date: | 03/31/2016 |
| For Period Ending: | 02/23/2017 | | | | Claims Bar Date: | 09/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8821 Porter Oaks Road Roscoe Il 61073-0000 Winnebago | 110,000.00 | 110,000.00 | | 0.00 | FA |
| 2. 2002 Dodge Dakota Mileage: 240,000 | 500.00 | 500.00 | | 0.00 | FA |
| 3. 2007 Toyota Avalon Mileage: 160,000 Rough Exterior | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 4. Bedroom Set, Couch, Kitchen Table, End Table, Riding Lawn Mo | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 2 Mobile Phones, Personal Computer, Camera; 2 Tvs | 500.00 | 0.00 | | 0.00 | FA |
| 6. Assorted Figurines | 50.00 | 0.00 | | 0.00 | FA |
| 7. Everyday Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 8. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 9. 3 Cats | 25.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 11. Alpine Bank | 500.00 | 0.00 | | 0.00 | FA |
| 12. Alpine Bank | 500.00 | 0.00 | | 0.00 | FA |
| 13. Monthly Pension Interest | 2,173.00 | 0.00 | | 0.00 | FA |
| 14. 2015 Tax Refund Expectancy Federal | 1,300.00 | 0.00 | | 0.00 | FA |
| 15. Monthly Social Security | 1,440.00 | 0.00 | | 0.00 | FA |
| 16. Monthly Veteran's Administration Benefit, Military Disabilit | 1,700.00 | 0.00 | | 0.00 | FA |
| 17. Roof And Siding Damage, Loss Proceeds Held At First National | 14,600.00 | 0.00 | | 14,668.03 | FA |
| 18. Printer | 75.00 | 0.00 | | 0.00 | FA |
| 19. Realtor Customer List, Database | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $139,334.00 | $114,000.00 | | $14,668.03 | $0.00 |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):　　　　　Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-80327 | Trustee Name: BERNARD J. NATALE |
| Case Name: JERRY W. DAVIDSON | Bank Name: Associated Bank |
| URSULA DAVIDSON | Account Number/CD#: XXXXXX8657 |
| | Checking |
| Taxpayer ID No: XX-XXX3950 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | 17 | First National Bnk and Trust Company<br>345 East Grand Avenue<br>Beloit, WI 53511 | Escrow funds<br>funds from insurance co for damages to roof | 1129-000 | $14,668.03 | | $14,668.03 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,658.03 |
| 07/27/16 | 1101 | JERRY & URSULA DAVIDSON | Final distribution representing a payment of 100.00 % per court order. | 8100-002 | | $3,180.00 | $11,478.03 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.79 | $11,456.24 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.71 | $11,437.53 |
| 11/22/16 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,904.70 | $9,532.83 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($1,898.80) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($5.90) | 2200-000 | | | |
| 11/22/16 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,061.25 | $7,471.58 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($2,047.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($13.75) | 3120-000 | | | |

Page Subtotals: $14,668.03   $7,196.45

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-80327 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | JERRY W. DAVIDSON | Bank Name: | Associated Bank |
| | URSULA DAVIDSON | Account Number/CD#: | XXXXXX8657 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3950 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/23/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | 1104 | Rock Valley Kitchen & Bath<br>% Alan Bryant<br>5261 Swanson Road<br>Roscoe, Il 61073 | Inv 15965 | 7100-000 | | $660.27 | $6,811.31 |
| 11/22/16 | 1105 | C & E Builders, Llc<br>C/O Attorney Ryan T. Straw<br>2902 Mcfarland Road, Suite 400<br>Rockford, Il 61107 | Final distribution to claim 2 representing a payment of 42.19 % per court order. | 7100-000 | | $6,811.31 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $14,668.03 | $14,668.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,668.03 | $14,668.03 |
| Less: Payments to Debtors | $0.00 | $3,180.00 |
| Net | $14,668.03 | $11,488.03 |

Page Subtotals:    $0.00    $7,471.58

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8657 - Checking | $14,668.03 | $11,488.03 | $0.00 |
|  | $14,668.03 | $11,488.03 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $14,668.03 |
| Total Gross Receipts: | $14,668.03 |